UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARY J. MCCOY,                                    :        **Notice of Removal**

                                                  :        Case No.  3:18-cv-856-GNS

                                Plaintiff,         :

                    -against-                      :

CAMBRIDGE FRANCHISE HOLDINGS, LLC, AND            :
NASHVILLE QUALITY, LLC                             :

                                Defendants.        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## TO: THE UNITED STATES DISTRICT COURT,
##      WESTERN DISTRICT OF KENTUCKY

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendants Cambridge Franchise Holdings, LLC and Nashville Quality, LLC (collectively, the "Defendants"), by their attorney, Chad E. Wallace of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, respectfully move this Court as follows:

1.      On December 10, 2018, Defendants were served with a Complaint in the above-entitled action, pending in the Jefferson Circuit Court of Kentucky, Case No. 18-C1-006479, naming the Defendants therein.   A copy of the Complaint, electronically filed on November 8, 2018, is annexed hereto as Exhibit A.

2.      The above-captioned matter is a civil action of which the District Court has original jurisdiction pursuant to (1) 42 U.S.C. § 12203 and (2) 42 U.S.C. § 12112.

3.    Plaintiff brings this lawsuit claiming, *inter alia*, that Defendants' acts constituted discrimination and retaliation in violation of the above referenced statutes. See Exhibit A.

4.    This action is therefore removable to the District Court without regard to the citizenship or residence of the parties, pursuant to 28 U.S.C. § 1441(c).

5.    This Court has supplemental jurisdiction over Plaintiff's remaining state law claims pursuant to 28 U.S.C. § 1367, in that the claims are so related to Plaintiff's claims under federal law that "they form part of the same case or controversy under Article III of the United States Constitution."  28 U.S.C § 1367(a); see also Exhibit A.

6.    Venue lies in the United States District Court for the Western District of Kentucky, Louisville Division, pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because Plaintiff filed the Complaint in this judicial district and division.

7.    Removal is proper under 28 U.S.C. § 1446(b)(2)(A) in that all Defendants have joined in the removal of this Complaint.

8.    This Notice of Removal is timely because it is being filed within 30 days of receipt of the Summons with Notice.  See 28 U.S.C. § 1446(b)(1).

9.    Defendants will promptly file a copy of this Notice of Removal with the Clerk of the state court in which the action is pending.

WHEREFORE Defendants respectfully request that the above-captioned action be removed from the Jefferson Circuit Court of Kentucky, Case No. 18-C1-006479, to the United States District Court for the Western District of Kentucky, Louisville Division.

Dated: December 28, 2018

Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

By:    s/Chad E. Wallace
          Chad E. Wallace (KY Bar No. 92832)
          100 Med Tech Parkway, Suite 200
          P.O. Box 3038
          Johnson City, Tennessee  37602
          Telephone:  (423) 928-0181
          Facsimile:  (423) 979-7639
          Email:  cwallace@bakerdonelson.com

*Counsel for Defendants*

TO:    Michael A. Valenti, ESQ.
       Lee S. Archer, ESQ.
       VALENTI HANLEY PLLC
       One Riverfront Plaza, Suite 1950
       401 W. Main Street
       Louisville, KY 40202
       Telephone: (502) 568-2100
       mvalenti@vhrlaw.com
       larcher@vhrlaw.com

*Counsel for Plaintiff*